LORETTA STARK v. MASONIC LIFE ASSOCIATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY v. COLUMBIA TRUST COMPANY, as Executor, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, v. SUGAR PRODUCTS COMPANY.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH SPECTOR v. THE NATIONAL SAFE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE N. CHERRINGTON, Suing, etc., v. GARDENS APARTMENT, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EMMA B. HOLCOMBE v. KATHRYN H. MCENTEE, as Executrix, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERCY GRIFFIN and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STANDARD CHEMICALS AND METALS CORPORATION v. WAUGH CHEMICAL CORPORATION.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT H. MCNEILL, as Administrator, etc., v. JOHN A. SHELLITO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DANTE GIANETTINO, an Infant, etc., v. MAKS WEISS.— Motion denied, without prejudice to a motion at Special Term for a new trial on the ground of newly-discovered evidence. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE H. RUTH v. EDUCATIONAL FILMS, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMELIA B. CHAMBERLIN v. ARTHUR B. CHAMBERLIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. COFFEY, as Administrator, etc., v. KATHERINE LEXOW.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PARADIES-CARROLL COMPANY, INC., v. FRANK LYMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAE MCMAHON v. BLACK & WHITE CAB COMPANY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAE MCMAHON v. BLACK & WHITE CAB COMPANY, INC., Impleaded,

etc.— Motion for stay granted upon compliance by defendant with the provisions of section 1310 of the Code of Civil Procedure.. Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES GOLDMAN v. INSURANCE COMPANY OF NORTH AMERICA.— Motion granted.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM LEICHTAG v. REALTY ASSOCIATES.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUDSON TRADING COMPANY v. AUGUSTO DURAND, Impleaded, etc.— Motion granted; question certified.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELSIE WOERZ, an Infant, etc., v. HATTIE ROSENFELD and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ORMSBY McHARG v. COMMONWEALTH FINANCE CORPORATION and Others. — Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILL C. YOUNG v. YOUNG-PIERCE OIL COMPANY and Others.— Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MONTROSE W. THORNTON v. FIRST AFRICAN METHODIST EPISCOPAL BETHEL CHURCH, INC., etc., and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUYLER'S v. BROADWAY-JOHN STREET CORPORATION.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GRAND ART FLOWER COMPANY, INC., v. JOSEPH MARKOVITS.— Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of SAMUEL GOLDSTEIN, an Attorney.— Proceeding dismissed.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED STATES TRANSPORT, IMPORT & EXPORT COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. RASSEL, Appellant.— Judgment affirmed.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THEODORE F. CLARK and Another, Respondents, v. LANGDON HARRISS, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. GOLDSMITH and Others, Trustees in Bankruptcy of FISS,